UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY SLATE,<br><br>   Plaintiff,<br><br>   v.<br><br>PUBLIC DEFENDER SERVICE FOR THE DISTRICT OF COLUMBIA, *et al.*,<br><br>   Defendants. | Civil Action No. 13-00798 (BAH)<br>Judge Beryl A. Howell |

# ORDER

Upon consideration of defendant Public Defender Service for the District of Columbia ("PDS")'s Motion to Dismiss, ECF No. 17, and defendant Rachel Ann Primo's Motion to Dismiss, ECF No. 22, the related legal memoranda in support and in opposition, and the applicable law, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant PDS' Motion to Dismiss is GRANTED; and further

**ORDERED** that defendant Primo's Motion to Dismiss is GRANTED; and further

**ORDERED** that the Clerk of the Court close this case.

**SO ORDERED**

Date: April 2, 2014

*This is a final and appealable Order.*

                        _____
                        BERYL A. HOWELL
                        United States District Judge